CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
MAY 19 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| BRADLEY M. LEBEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:05CV00034 |
| ) | |
| v. ) | **FINAL JUDGMENT** |
| ) | |
| JO ANNE B. BARNHART, ) | By: James P. Jones |
| COMMISSIONER OF ) | Chief United States District Judge |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the report and recommendation of the magistrate judge, no objections having been filed thereto, it is **ADJUDGED AND ORDERED** as follows:

1. The magistrate judge's report and recommendations are **accepted**;

2. The final decision of the Commissioner of Social Security ("Commissioner") is **vacated;**

3. The case is **remanded** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further development; and

4. The clerk is directed to close the case.

ENTER: May 19, 2006

*/s/ James P. Jones*
Chief United States District Judge